# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| VICKY ANN AGUAYO,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:18-cv-00946-SAB<br><br>ORDER RE STIPULATION FOR THE AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA) 28 U.S.C. § 2412(d)<br><br>(ECF No. 23) |

On July 1, 2019, an order issued granting Plaintiff's Social Security Appeal and remanding this action for further administrative proceedings and judgment was entered on behalf of Plaintiff Vicky A. Aguayo. On August 2, 2019, a stipulation for the award of attorney fees was filed.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff is awarded attorney fees of seven thousand two hundred dollars ($7,200.00), subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated: **August 2, 2019**

UNITED STATES MAGISTRATE JUDGE